# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2342<br>12-MD-2342 |
| | : | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: | : | CIVIL ACTION |
| *Morgan,* et al. *v. Pfizer, Inc.,* et al. | : | No. 12-6934 |

## ORDER

**AND NOW**, this 2nd day of June 2014, upon consideration of the Motion to Remand [MDL Doc. No. 354], and the responses and replies thereto, it is hereby **ORDERED** that the Motion to Remand is **GRANTED** and the case is **REMANDED** to the Circuit Court of St. Louis City, Missouri.  The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.